**Order entered May 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDREND HOSPITAL HOUSTON MEDICAL CENTER; THC HOUSTON, INC. D/B/A KINDRED HOSPITAL, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13831**

## ORDER

We **REINSTATE** this appeal which we abated for sixty-five days to allow the parties an opportunity to mediate. By motion filed April 30, 2019, the parties inform us that they were unable to schedule the mediation within the abatement period and ask the abatement be extended to at least June 28, 2019.

We **GRANT** the motion and **ORDER** the parties to file either a motion to dismiss the appeal or a status report no later than June 28, 2019.

We again **ABATE** the appeal. The appeal will be reinstated no later than July 5, 2019.

/s/    KEN MOLBERG
            JUSTICE